UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LAWRENCE F. LANDOR**                                        **CIVIL ACTION**

**VERSUS**                                                    **NO. 07-9171**

**JOHN HOGUE, ET AL.**                                        **SECTION: "B"(1)**

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against Assistant District Attorney Jack Hofsledt are **DISMISSED WITH PREJUDICE** as frivolous, for failing state a claim on which relief may be granted, and for seeking monetary damages against a defendant who is immune from such relief.

**IT IS FURTHER ORDERED** that plaintiff's claims against John Hogue and the unidentified supervisor of the St. Tammany Parish public defender's office are **DISMISSED WITH PREJUDICE** as frivolous and for failing state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's claims against Detective Brian Danigole and Deputy Cheryl Kapreilian are **DISMISSED**

**WITH PREJUDICE** to their being asserted again until the <u>Heck</u> conditions are met.

New Orleans, Louisiana, this <u>25th</u> day of January, 2008.

_____
**UNITED STATES DISTRICT JUDGE**